# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Grace L. Sandoval

v.

Andrea Rodgers

FILED
OCT 1 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv2244-W(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Court **GRANTS** Plaintiff's motion to proceed in forma pauperis, **DISMISSES** the case with prejudice, and **DENIES** Plaintiff's request for appointment of counsel. Case closed.................................................

| October 13, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam  (signature) |
| | (By) Deputy Clerk |
| | ENTERED ON October 13, 2009 |